**In re Richard PIERCE, Petitioner.**

**No. 13–3498.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. Aug. 29, 2013.

Opinion filed: Sept. 11, 2013.

Richard Pierce, Elkton FCI, Lisbon, OH, pro se.

Joel D. Goldstein, Esq., Office of United States Attorney Philadelphia, PA, for Respondent.

Before: FUENTES, FISHER and VANASKIE, Circuit Judges.

OPINION

PER CURIAM.

On or about August 16, 2013, federal prisoner Richard Pierce filed a pro se petition for a writ of mandamus, seeking an order from this Court directing the United States District Court for the Eastern District of Pennsylvania ("the District Court") to rule on his pending 28 U.S.C. § 2255 motion and the Government's related motion to dismiss. On August 23, 2013, the District Court granted the Government's motion to dismiss, denied Pierce's request to amend his § 2255 motion as futile, dismissed his § 2255 motion, and closed the case. Because Pierce has now received a ruling on the pending motions in his § 2255 proceedings, we will deny his mandamus petition as moot.